IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**                                                                                       **PLAINTIFF**
**ADC #114018**

v.                              Case No. 3:20-CV-00065-BSM

**STATE OF ARKANSAS,** *et al.*                                                                  **DEFENDANTS**

**ORDER**

Gary Webster filed this 42 U.S.C. § 1983 complaint *pro se* [Doc. No. 1] and it would be futile to ask him to file a motion to proceed *in forma pauperis* because he has at least three strikes under PLRA.  *See Webster v. Does*, 3:19-CV-00059-DPM (E.D. Ark. filed Mar. 20, 2019); *Webster v. Pigg*, 3:19-CV-00060-DPM (E.D. Ark. filed Mar. 20, 2019); *Webster v. Day Inn Motels, Inc., et al.*, 3:19-CV-00078-DPM (E.D. Ark. filed Mar. 20, 2019).  Based on the allegations in the complaint, it does not appear that Webster is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

This case is therefore dismissed without prejudice.  If Webster wants to pursue these claims, he must first pay the filing fee of $400 to the clerk, noting the above style and case number, within thirty days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened.  An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE