IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**                                                   **PLAINTIFF**
**ADC #114018**

v.                     Case No. 3:20-CV-00065-BSM

**STATE OF ARKANSAS,** *et al.*                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of November, 2020.

                                                        _/s/ Brian S. Miller_
                                                     UNITED STATES DISTRICT JUDGE